

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### MEMORANDUM
*Pro Se* Office

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/10
```

**To:** Docketing Unit

**From:** Vicky Noriega, *Pro Se* Office, ext 0175

**Date:** 3/10/10

**Re:** Dylan G. Johnston v. Carnegie Corporation of NY  10 Civ. 1681 (PAC)

**PLEASE INDICATE ON THE COURT'S DOCKET THAT:**

✓ _____ Rule 4 service package has been sent via FedEx on 3/10/10

Tracking #: 869659752503

_____

Mailing Package returned to the *Pro Se* Office on _____ as undeliverable.

Reason: ____ Direct Signature required    ____ Insufficient address

**Mailing package was not re-mailed**

____ Case closed                    _____ Summons has expired (Judge's permission required)

____ Litigant has not provided a new address    _____ Mailing package picked up by litigant on _____

_____ Rule 4 service package has been re-mailed via _____ on _____
to one of the following:

____ Same address                    _____ New address (provided by litigant)

Tracking #: _____

***NOTE:*** Current mailing information found:

ID #: _____    Prison: _____

Change of address confirmation letter sent on _____