UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3-31-2010

DYLAN G. JOHNSTON
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

10 CV 1681

-against-

THE CARNEGIE CORPORATION of NEW YORK
ELLEN BLOOM
VARTAN GREGORIAN
JEANNIE D'ONOFRIO
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

**APPLICATION FOR THE COURT TO REQUEST COUNSEL**

1. Name of applicant. DYLAN G. JOHNSTON

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)
I feel somewhat out of my depth in representing myself against the defendants who have their own legal council and funds for top tier defense.

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary)
For profit lawyers have told me there is not enough money involved. Non-profit lawyers say their caseloads are too much already and that is an "unimportant" case or too difficult.

4. If you need a lawyer who speaks in a language other than English, state what language you speak:
N/A

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 25, 2010

Signature

*Rev. 05/2007*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

____DYLAN G. JOHNSTON____

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

CARNEGIE CORPORATION OF NEW YORK
VARTAN GREGORIAN
ELLEN BLOOM
JEANNIE D'ONOFRIO

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

10 Civ. 1681 ( ) ( )

REQUEST TO PROCEED
IN FORMA PAUPERIS
FOR APPLICATION FOR THE
COURT TO REQUEST COUNSEL

I, __DYLAN G. JOHNSTON__, (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed in forma pauperis and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   N/A

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   Nov 2009 - Jan 2010   15 dollars/hour 7.7 Dec
   $29/hr in Dec

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   SSI in Feb 2010 $650; Unemployment Insurance 400/mo during Jan-July 2009; 15/hr from New York Association of Realty Managers from July-Sept 2009

   a) Are you receiving any public benefits?   ☐ No.  ☒ Yes, $680/mo.
   b) Do you receive any income from any other source?   ☒ No.  ☐ Yes, $_____.

Rev. 05/2007                                    2

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☐ No.   ☒ Yes, $ Approx 900 in checking, No savings

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No.   ☐ Yes, _____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

☐ No.   ☒ Yes, $ 350/mo.

7. List the person(s) that you pay money to support and the amount you pay each month.

N/A

8. State any special financial circumstances which the Court should consider.

Medical costs for my disability medication fairly high even w/ coverage by my father's insurance. Still in app. process for medicaid. Also my recent move back home was expensive. to OK from NY

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of Mar, 2010.

Signature: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___DYLAN G. JOHNSTON_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

___CARNEGIE CORPORATION of NEW YORK___
___VARTAN GREGORIAN_____
___ELLEN BLOOM_____
___JEANNIE D'ONOFRIO_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

___10___ Civ. __1681__ (___)(___)

**AFFIRMATION OF SERVICE**

N.B. I have not served papers to defendants and would request counsel to review complaint before submission and recommend amendments if necessary.

I, _____(name)_____, declare under penalty of perjury that I have served a copy of the attached _____
*(document you are serving)*

upon _____(name of person served)_____ whose address is _____
_____
*(where you served document)*

by _____
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: _____, _____
         (town/city)   (state)

        _____ _____, 20___
        (month) (day) (year)

Signature _____

Address _____

City, State _____

Zip Code _____

Telephone Number _____

*Rev. 05/2007*