UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# REFERRAL FORM FOR *PRO SE* EMPLOYMENT DISCRIMINATION MEDIATION

\* \* \* FOR THE PARTIES TO COMPLETE \* \* \*

Case name: Dylan G. Johnston v Carnegie Corporation Of New York, Ellen Bloom, Vartan Gregorian and Jeannie D'Onofrio

Docket number: 10-CV-1681 (PAC) (DF)

Date this case was filed: March 3, 2010

Date this case was assessed for eligibility for the mediation program: July 13, 2011

This case was referred to mediation by Judge Hon. Debra Freeman.

This mediation will be conducted by Judge Hon. Debra Freeman /an independent mediator (circle one).

*Pro Se* Plaintiff's name:
Dylan G. Johnston

Address:
3904 South Sequoia Avenue
Broken Arrow, Oklahoma 74011

Telephone number:
918-845-8667

Defendant's name:
Carnegie Corporation Of New York, Ellen Bloom, Vartan Gregorian and Jeannie D'Onofrio

Represented by:
KAUFMAN BORGEEST & RYAN LLP

Address:
Cara A. O'Sullivan, Esq.
120 Broadway, 14th Floor
New York, New York 10271

Telephone number:
(212) 980-9600

Mediation aims to resolve the dispute in a cooperative and informal manner.

The undersigned agree to participate in mediation.

Signature of plaintiff
Date: 7/18/11

Signature of defendant's attorney
Date: 7/15/11

Received 7/18/11

Rev 10/2010