UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DYLAN G. JOHNSTON                                               :
                                                                :
                            Plaintiff,                          :
                                                                :   10 Civ. 1681 (PAC) (DF)
    -against-                                                   :
                                                                :   NOTICE OF LIMITED APPEARANCE OF
CARNEGIE CORPORATION OF NEW YORK,                               :   *PRO BONO* COUNSEL
                                                                :
                            Defendant.                          :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as *pro bono* counsel in this case on behalf of:

<u>Dylan G. Johnston, for the limited purpose of representing Mr. Johnston in efforts to settle this action, including without limitation, at the settlement conference before Magistrate Judge Debra Freeman.</u>

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       September 16, 2011

                                                    _____
                                                    Heike M. Vogel (HV-2398)
                                                    Arent Fox LLP
                                                    1675 Broadway
                                                    New York, New York 10019
                                                    Tel: (212) 484-3900
                                                    Fax: (212) 484-3990
                                                    Email: vogel.heike@arentfox.com

NYC/614430.1